UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
   Brian M. Smith                              : Bankruptcy No 18-12284
   3409 Vista Street                            : Chapter 13
   Philadelphia, PA 19136
                                                  :
        Debtor                              :
:

### Debtor CERTIFICATE OF NO RESPONSE

Teresa Brady, Esquire hereby certifies that she is the attorney for the debtor and that on **April 5, 2018**, she caused to be served a true and correct copy of the Attorney Fee Application to those listed below by First Class US Mail and/or electronically, and there has been no response.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA  19106-0410

US Trustee's Office
601 Walnut Street
Curtis Center, Suite 950W
Philadelphia, PA 19106

DEBTOR

## CREDITORS LISTED ON MAILING MATRIX

                                                /S/TeresaBrady,Esquire
                                                Teresa Brady, Esquire #57587
                                                210 East Girard Avenue
                                                Philadelphia, PA 19125
                                                (215) 426-1020