**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12284(ELF) |
| BRIAN M. SMITH | : | CHAPTER 13 |
| | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | JUNE 12, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**CERTIFICATE OF SERVICE**

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on May 21, 2018, upon the following individuals:

LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: May 21, 2018          By: /s/ Regina Cohen
                                  Regina Cohen, Esquire
                                  Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Theresa Brady, Esquire
210 East Girard Avenue
Philadelphia, PA 19125
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Brian M. Smith
3409 Vista Street
Philadelphia, PA 19136