**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12284(ELF) |
| BRIAN M. SMITH | : | CHAPTER 13 |
| | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | JUNE 12, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY
AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

On this 12th day of June, 2018, after notice and hearing it is hereby **ORDERED**:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2012 Chevrolet Equinox, VIN: 2GNFLCEK5C6245361 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER **ORDERED** that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER **ORDERED**, that Ally Financial Inc. may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**