United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12284-amc |
| Brian M Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian M Smith, 3409 Vista Street, Philadelphia, PA 19136-3822 |
| 14085662 | | Jefferson Health, POB 785992, Philadelphia, PA 19178-5992 |
| 14085664 | | PECO - Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14085665 | + | Philadelphia Gas Works, 800 Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14113316 | + | Teresa Brady, Esquire, 210 East Girard Avenue, Philadelphia, PA 19125-3993 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2023 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14115008 | + | Email/Text: g20956@att.com | May 11 2023 23:59:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14085659 | + | Email/Text: bankruptcy@rentacenter.com | May 11 2023 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14089882 | | Email/Text: ally@ebn.phinsolutions.com | May 11 2023 23:58:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14085660 | | Email/Text: ally@ebn.phinsolutions.com | May 11 2023 23:58:00 | Ally Financial, P.O. Box 380903, Minneapolis, MN 55438-0903 |
| 14111054 | + | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14085661 | | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | City of Philadelphia- Water Dept, Department of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14106669 | | Email/Text: camanagement@mtb.com | May 11 2023 23:58:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14085663 | | Email/Text: camanagement@mtb.com | May 11 2023 23:58:00 | M&T Bank Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 14108543 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2023 23:59:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14100624 | + | Email/Text: bankruptcygroup@peco-energy.com | May 11 2023 23:58:00 | PECO Energy Company, 2301 Market Street, |

Case 18-12284-amc    Doc 51    Filed 05/13/23    Entered 05/14/23 00:31:01    Desc Imaged
                        Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 138OBJ | Total Noticed: 18 |

| 14085665 | ^ MEBN | May 11 2023 23:56:32 | S4-1, Philadelphia, PA 19103-1380<br>Philadelphia Gas Works, 800 Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14109294 | Email/PDF: ais.sprint.ebn@aisinfo.com | May 12 2023 00:03:07 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14113317 | *+ | Teresa Brady, Esquire, 210 East Girard Avenue, Philadelphia, PA 19125-3993 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| TERESA BRADY | on behalf of Debtor Brian M Smith bankruptcy_queen@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Brian M Smith
        Debtor(s)                                         Case No: 18−12284−amc

                                                                         Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/11/23